

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small><br>**L<small>AW</small> D<small>EPARTMENT</small>**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | Peter Scutero<br>Senior Counsel<br>(212) 356-2410<br>pscutero@law.nyc.gov |

February 27, 2024

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

      Re: <u>Rousz Deluca v. The City of New York et al.</u> 23-CV-09726 (CM)

Your Honor:

      I am a Senior Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendants City, de Blasio, Monahan, and Shea in the above-referenced matter. The defendants are mindful that the Court is currently on trial and write briefly to inquire about the status of their motion to adjourn the initial conference that was filed on February 1, 2024. <u>See</u> Docket No. 17. The initial conference is currently scheduled for March 7, 2024. I will not be able to attend the conference on March 7th as I will be out of the office and not in the state from March 1, 2024 to March 10, 2024. Additionally, I write to correct my February 1st letter by noting that the Court granted a corresponding adjournment of the initial conference when defendants sought an extension to the answering deadline.

      Thank you for your time and attention to this matter.

                                                            Respectfully submitted,

                                                            *Peter Scutero*

                                                            Peter Scutero
                                                            *Senior Counsel*
                                                            Special Federal Litigation Division

cc:      All Counsel (via ECF)