

**Muriel Goode-Trufant**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

Yini Zhang
Senior Counsel
yinzhan@law.nyc.gov
Phone: (212) 356-3541

September 17, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2024

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Rousz Deluca v. The City of New York et al.</u> 23-CV-09726 (CM)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York. I write pursuant to Local Civil Rule 1.4 to respectfully request that the Court substitute the undersigned as counsel of record on behalf of Defendants the City of New York, Bill DeBlasio, Dermot Shea, Terence Monahan, Kevin Agro and Adam Mellusi, in place of Peter Scutero. Simultaneously herewith, I am filing a notice of substitution of counsel and an affidavit in support of this motion. Further, Defendants respectfully request that Mr. Scutero be terminated from the docket and removed as an attorney of record in this matter.

    Thank you for your time and consideration of this matter.

Respectfully submitted,

/s/ *Yini Zhang*

Yini Zhang
Senior Counsel
Special Federal Litigation Division

cc:  *Counsels of Record* **(BY ECF)**

*[Handwritten note:] Add to ECF Distribution list in this case*

*[Signed:] Colleen McMahon 9/23/24*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROUSZ DELUCA,

                                              Plaintiff,

-against-

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF DEPARTMENT TERENCE MONAHAN; NYPD OFFICER KEVIN AGRO (TAX 947964); NYPD LIEUTENANT FNU MELLUSI (TAX 931825); AND NYPD MEMBER DOES 1-20,

                                            Defendants.

**NOTICE FOR SUBSTITUTION OF COUNSEL**

23-CV-09726 (CM)

---

        **PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of PETER SCUTERO, as counsel of record on behalf of Defendants City of New York, Bill De Blasio, Dermot Shea, Terence Monahan, Kevin Agro, and Adam Mellusi:

                                  **Yini Zhang**
                                  *Senior Counsel*
                                  New York City Law Department
                                  100 Church Street, Room 3-178
                                  New York, New York 10007
                                  T: (212) 356-3541
                                  E: yinzhan@law.nyc.gov

From this date forward, please terminate PETER SCUTERO from the docket as counsel of record and replace him with Yini Zhang.

Dated: New York, New York
September 17, 2024

        MURIEL GOODE-TRUFANT
        Acting Corporation Counsel of the City of New York
        *Attorney for Defendants City of New York, De Blasio, Shea, Monahan, Agro, and Mellusi*

By:     ___s/ *Yini Zhang*___

        Yini Zhang
        *Senior Counsel*
        Special Federal Litigation Division

cc:   *Counsels of Record* **(BY ECF)**