

**Muriel Goode-Trufant**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Yini Zhang
*Senior Counsel*
Phone: (212) 356-3541
yinzhan@law.nyc.gov

September 10, 2024

**Via Email and First Class Mail**

Jessica Massimi, Esq.
Massimi Law PLLC
99 Wall Street, Suite 1264
New York, NY 10005
Email: jessica.massimi@gmail.com

Gideon Orion Oliver, Esq.
277 Broadway, Suite 1501
New York, NY 10007
Email: gideon@gideonlaw.com

Elena Louisa Cohen, Esq.
Cohen Green PLLC
1639 Centre Street
Suite 216
Ridgewood, NY 11385
Email: elenacohenesq@gmail.com

       Re:    Rousz DeLuca v. The City of New York et al., 23-CV-09726 (CM)

Counselor:

     I represent defendants City of New York, former Mayor Bill De Blasio, NYPD Commissioner Dermot Shea, NYPD Chief of Department Terence Monahan, NYPD Officer Kevin Agro and NYPD Lieutenant Adam Mellusi in the above-referenced matter. Enclosed please defendants' Rule 68 Offer of Judgment.

                               Sincerely,

                               /s/ *Yini Zhang*
                               Yini Zhang
                               *Senior Counsel*

Encl.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ROUSZ DELUCA,

                                                 Plaintiff,

            -against-                         **RULE 68**
                                                **OFFER OF JUDGMENT**

CITY OF NEW YORK; MAYOR BILL DE BLASIO;
NEW YORK CITY POLICE DEPARTMENT ("NYPD")
COMMISSIONER DERMOT SHEA; NYPD CHIEF OF     23-CV-09726 (CM)
DEPARTMENT TERENCE MONAHAN; NYPD
OFFICER KEVIN AGRO (TAX 947964); NYPD
LIEUTENANT FNU MELLUSI (TAX 931825),

                                               Defendants.

------------------------------------------------------------------------ x

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants City of New York; Mayor Bill De Blasio; New York City Police Department ("NYPD") Commissioner Dermot Shea; NYPD Chief Of Department Terence Monahan; NYPD Officer Kevin Agro; NYPD Lieutenant Adam Mellusi and any defendant who is currently or subsequently named and hereafter represented by the Office of the Corporation Counsel in this action, hereby offer to allow plaintiff Rousz DeLuca to take a judgment against the City of New York in this action for the total sum of Fifteen Thousand and One ($15,001.00) Dollars, plus reasonable attorneys' fees, expenses, and costs to the date of this offer for plaintiff's federal claims.

        This judgment shall be in full satisfaction of all federal and state law claims or rights that plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official, employee, or agent, either past or present, of the City of New York, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

This offer of judgment may only be accepted by written notice within 14 days after being served.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by defendants or any official, employee, or agent of the City of New York, or any agency thereof; nor is it an admission that plaintiff has suffered any damages.

Acceptance of this offer of judgment will act to release and discharge defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all claims that were or could have been alleged by plaintiff arising out of the facts and circumstances that are the subject of this action.

Acceptance of this offer of judgment also will operate to waive plaintiff's rights to any claim for interest on the amount of the judgment.

Plaintiff Rousz DeLuca agrees that payment of Fifteen Thousand and One ($15,001.00) Dollars within ninety (90) days of the date of acceptance of the offer shall be a reasonable time for such payment, unless plaintiff received medical treatment in connection with the underlying claims in this case for which Medicare has provided, or will provide, payment in full or in part.  If plaintiff Rousz DeLuca is a Medicare recipient who received medical treatment in connection with the claims in this case, the ninety (90) day period for payment shall start to run from the date plaintiff submits to counsel for defendants a final demand letter from Medicare.

By acceptance of this Rule 68 Offer of Judgment, plaintiff Rousz DeLuca agrees to resolve any claim that Medicare may have for reimbursement of conditional payments it has made as secondary payer, and a Medicare Set-Aside Trust shall be created, if required by 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.  Plaintiff Rousz DeLuca further agrees to

hold harmless defendants and all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, regarding any past and/or future Medicare payments, presently known or unknown, made in connection with this matter.

The judgment shall contain and recite the terms and conditions set forth herein.

Dated:       New York, New York
               September 10, 2024

                                          MURIEL GOODE-TRUFANT
                                          Acting Corporation Counsel of the City of New York
                                          *Attorney for Defendants City, De Blasio*, *Shea*,
                                                *Monahan*, *Agro*, and *Mellusi*
                                          100 Church Street, Room 3-178
                                          New York, New York 10007
                                          (212) 356-3541
                                          yinzhan@law.nyc.gov

                                By            s/ *Yini Zhang*
                                          Yini Zhang
                                          *Senior Counsel*

To:     <u>VIA FIRST CLASS MAIL AND EMAIL</u>
          Jessica Massimi, Esq.
          Massimi Law PLLC
          99 Wall Street, Suite 1264
          New York, NY 10005
          Email: jessica.massimi@gmail.com

To:     <u>VIA FIRST CLASS MAIL AND EMAIL</u>
          Gideon Orion Oliver, Esq.
          277 Broadway, Suite 1501
          New York, NY 10007
          Email: gideon@gideonlaw.com

To:     <u>VIA FIRST CLASS MAIL AND EMAIL</u>
          Elena Louisa Cohen. Esq.
          Cohen Green PLLC
          1639 Centre Street
          Suite 216
          Ridgewood, NY 11385
          Email: elenacohenesq@gmail.com