UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ROUSZ DELUCA,

                     Plaintiff,

   -against-

THE CITY OF NEW YORK, et al.,

                     Defendants.
------------------------------------------------------------------------X

**DECLARATION OF SERVICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

23-cv-9726 (CM)

JESSICA MASSIMI hereby declares under penalties of perjury:

1. I am over 18 years of age and not a party to this action.

2. On October 8, 2024, I accepted the Defendants' Rule 68 Offer of Judgment by providing written notice as specified in the Offer of Judgment, via email, to Yini Zhang, Esq., Senior Counsel, Special Federal Litigation Division, New York City Law Department, at her Law Department e-mail address.

Dated: Brooklyn, New York
         October 9, 2024

                                                                 _____
                                                                    JESSICA MASSIMI